IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30733
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MICHAEL BELL,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 93-CR-30033-2
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Michael Bell, federal prisoner #23819-044, appeals the

district court's dismissal of his 28 U.S.C. § 1651 petition.

"The All Writs Act [28 U.S.C. § 1651(a)] is a residual source of

authority to issue writs that are not otherwise covered by

statute.  Where a statute specifically addresses the particular

issue at hand, it is that authority, and not the All Writs Act,

that is controlling."  Carlisle v. United States, 517 U.S. 416,

429 (1996) (internal citation and quotation omitted).  The proper

vehicle for attacking errors that occurred during or before

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

sentencing is a 28 U.S.C. § 2255 motion.  <u>See</u> <u>Reyes-Requena v. United States</u>, 243 F.3d 893, 901 (5th Cir. 2001).  Bell is attacking the validity of his conviction and is currently still incarcerated; therefore 28 U.S.C. § 1651 is not controlling.

The decision of the district court is AFFIRMED.